JUSTIN BRODY HOUSE
121 CORINTH CUTOFF
PURVIS, MS 39475

THE WINN BROWN LAW FIR
PO BOX 249
SOUTHAVEN, MS 38671

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 W 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

HANCOCK WHITNEY BANK
PO BOX 4019
GULFPORT, MS 39502

KOALAFI
ATTN: BANKRUPTCY
PO BOX 5518
GLEN ALLEN, VA 23058

LINDA OSBORN
121 CORINTH CUTOFF
PURVIS, MS 39475

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

REPUBLIC FINANCE
1715 HARDY ST
STE 50
HATTIESBURG, MS 39401