United States Bankruptcy Court
Southern District of Mississippi

In re: Justin Brody House, Debtor

Case No. 26-51421-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: admin | Page 1 of 2
Date Rcvd: Oct 29, 2026 | Form ID: n032 | Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin Brody House, 121 Corinth Cutoff, Purvis, MS 39475-4604 |
| 5715712 | + | Linda Osborn, 121 Corinth Cutoff, Purvis, MS 39475-4604 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5729070 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 29 2026 21:45:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD MI 48034 |
| 5715709 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 29 2026 21:45:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5717092 | | Email/Text: LossMitREBankruptcy@HancockWhitney.com | Oct 29 2026 21:45:00 | Hancock Whitney Bank, Loss Mitt 2nd Fl, P.O. Box 4019, Gulfport, MS 39501 |
| 5715710 | | Email/Text: LossMitREBankruptcy@HancockWhitney.com | Oct 29 2026 21:45:00 | Hancock Whitney Bank, Po Box 4019, Gulfport, MS 39502 |
| 5715711 | + | Email/Text: inchargehq@westcreekfin.com | Oct 29 2026 21:46:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 5734811 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2026 21:46:48 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5715713 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2026 21:46:48 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5715714 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2026 21:56:42 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5715715 | | Email/Text: bankruptcy@republicfinance.com | Oct 29 2026 21:46:00 | Republic Finance, 1715 Hardy St, Ste 50, Hattiesburg, MS 39401 |
| 5737751 | | Email/Text: bankruptcy@republicfinance.com | Oct 29 2026 21:46:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5715716 | + | Email/Text: davis.brown@winnfirm.com | Oct 29 2026 21:46:00 | The Winn Brown Law Fir, PO Box 249, Southaven, MS 38671-0003 |
| 5738964 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 29 2026 21:43:35 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Justin Brody House trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−51421−KMS
**Chapter:** 13

**In re:**

Justin Brody House
121 Corinth Cutoff
Purvis, MS 39475

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/29/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 29, 2026

Danny L. Miller, Clerk of Court